Herb RAINS, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky

November 9, 1948.

J. M. Kennedy and Bertram & Bertram for movant.

A. E. Funk, Attorney General, and Zeb A. Stewart, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied.   Judgment affirmed.

LOUISVILLE & N. R. CO., Movant, v. James E. STAMPS, Opposed.

Court of Appeals of Kentucky

November 9, 1948.

Woodward, Dawson, Hobson & Fulton for movant.

Charles W. Anderson, Earl B. Dickerson and Sidney A. Jones opposed.

PER CURIAM.

Motion for appeal denied.   Judgment affirmed.

Sallie LOWRY, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky

November 9, 1948.

John S. Deering for movant.

A. E. Funk, Attorney General, and John C. Talbott, Assistant Attorney General, opposed.

PER CURIAM.

The motion for appeal is overruled, appeal denied, and the judgment is affirmed.

Motion for appeal from Jessamine Circuit Court.